**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:06 CR 559** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TRACY A. GREER,** | ) | **ORDER ACCEPTING PLEA** |
| | ) | **AGREEMENT AND JUDGMENT** |
| | ) | |
| **DEFENDANT.** | ) | |

On April 6, 2007, United States Magistrate Judge George J. Limbert issued a Report and Recommendation (Dkt. # 24) regarding the plea hearing and the plea agreement of Tracy A. Greer, which was referred to the Magistrate Judge with the consent of the parties.

On December 5, 2006, the Government filed an information against Russo (Dkt. # 11). On April 6, 2007, the Magistrate Judge held a hearing in which the Defendant entered guilty pleas to the following: Count 1, armed bank robbery, in violation of 18 U.S.C. § 2113 (a) and (d); Count 2, brandishing a firearm during a crime of violence, in violation of 18 U.S.C. § 924 (c); Counts 3 through 14, armed bank robbery, in violation of 18 U.S.C. § 2113 (a) and (d); and Count 16, being a felon in possession of a firearm, in violation of 18 U.S.C. § 922 (g)(1). The Magistrate Judge received the Defendant's guilty pleas and issued a Report and Recommendation ("R&R"), recommending that this Court accept the plea and enter a finding

of guilty (Dkt. # 24).

Neither party objected to the Magistrate Judge's R&R in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the pleas. The Court finds that the pleas were entered knowingly, intelligently, and voluntarily. The Defendant's guilty pleas are approved.

Therefore, the Defendant is adjudged guilty of Counts 1, 2, 3-14, and 16. The sentencing will be held on July 10, 2007 at 10:00 a.m.

**IT IS SO ORDERED.**

    **/s Peter C. Economus  July 5, 2007**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**

\\yngcls\user$\ryanbm\06-559.Greer.AdoptRR.wpd